United States Court of Appeals for the 11th Circuit. Hear ye, hear ye, hear ye. The United States Court of Appeals for the 11th Circuit is now open according to law. God save the United States and this honorable court. Good morning. This is Judge Wilson in Tampa, Judge Luck is in Tallahassee, and Judge Lagoa is in Miami, and our courtroom deputy, Ms. Tisa, is in Miami. And we have three appeals that are scheduled for our argument this morning. I see that counsel are ready for the first appeal. It is Guy St. Amour v. United States. Tracy Drespel is here for the appellant, St. Amour, and Brittany Bull is here for the United States. And Ms. Drespel, you may begin with your argument. Thank you, Your Honor. May it please the court. Tracy Drespel, Assistant Federal Public Defender, on behalf of Guy St. Amour. Excuse me. In 2013, the FAA found that Mr. St. Amour did not violate an FAA regulation that prohibits operating an aircraft with an unauthorized modified fuel tank in the passenger compartment. The government did not disclose this evidence four years later when it charged Mr. St. Amour under a federal criminal statute prohibiting the exact same conduct. The undisclosed evidence would have fundamentally altered the statutory analysis that was conducted by the courts based on the record that was before it at the time. It would have provided new leads and claims to the defense. And it shows that the offense-alleged conduct that Congress does not make a crime. This is a jurisdictional defect that by its nature is of such a fundamental character as to render the proceedings invalid and irregular and warrants the relief we are seeking herein. I recognize that... This is Judge Wilson. Your interpretation of the United States Code and the Code of Federal Regulations, then based on the information that you have now, conflicts with our decision in the United States v. St. Amour in 2018, where we said as defined in both the United States Code and the Code of Federal Regulations and clarified through the decisions of the Civil Aeronautics Board and the National Transportation Safety Board, the term operate encompasses the refueling of an aircraft for purposes of flight, period. So what does your argument do to our decision in the United States v. St. Amour? Your Honor, if I may convince the court that this evidence proves that the FAA does not interpret or operate the way this court did in the original decision, we would be entitled to a writ of quorum nobis. And I believe, and I would submit to this court, that the court's inherent power, an appellate court's inherent power to withdraw its own mandate is parallel to the common law writ of quorum nobis. I also believe that this shows that there is a jurisdictional defect in the conviction and a court's own prudential rule, such as the prior panel precedent rule, should not be invoked to override a jurisdictional defect. So if I may start with the merits and show the court why I believe that but for the prior panel decision, Mr. St. Amour would be entitled either to a motion for a new trial or to a writ of error quorum nobis, then I believe I would like to argue to the court that these same factors, these same equitable factors, warrant the court pursuing the remedies of either withdrawing the mandate in the direct appeal or finding an exception to the prior panel precedent rule based on a jurisdictional defect. So in the first appeal, this court did not disagree with Mr. St. Amour's argument that the term operate within the statutes 46306B9 should be interpreted exactly the same way that the term operate is used by the FAA. And that makes a lot of sense because just as a matter of statutory construction, this is a criminal enforcement mechanism for FAA regulations. Now the court did say, correct, you're correct your honor, that all of these cases were consistent with the broader reading, but they are also all consistent with Mr. St. Amour's reading. Every case the parties in this litigation found where either a civil or a criminal court had used the term operate, it involved a direct relation to flight. You've got pilots taking off, you've got pilots on the runway with hazardous conditions, maybe some passengers were standing, you've got drunk pilots behind the cockpit. But isn't the opinion that was the 2018 opinion from this court, it specifically says that by fueling the Cessna, that was the preparations for the first of his flight to the voyage to Paraguay, that it was part and parcel of operation of the Cessna for purposes of operating it for purposes of the navigation. That's correct, your honor. And that's true, we've never disputed that. But what this evidence shows, what the suppressed evidence shows is that there is another element to operate the way the FAA uses the term. And that is that it must be immediate flight. And in no case, the government's never found a case, nor have we ever found a case that disputes that. So what this document shows is the government conducted this and I'm sorry, and I apologize, but can you show me where exactly in the 2013 document, it specifically says that it has to be that it means immediate? Your honor, it's an inferential finding, because the directions, it's not explicit, correct? It's not explicit with the possible exception of the exculpatory finding on page 32 of document 89.1. That doesn't seem to an agency makes a reasoned determination, and issue some site kind of formal letter, or issue some kind of formal decision, or amends a regulation, or gives an interpretation, an official interpretation of the regulation. I have never seen and please point me to anywhere in our case law, where we have applied Chevron or Skidmore deference to what you term to be an implicit finding, whereas Judge Legault pointed out, the agency has never said X means Y. So your honor, what Skidmore basically, what Skidmore I think expressly says, or perhaps it was me that said, agency findings may be entitled to deference in whatever form. So to the extent they're persuasive, and if I may explain why this is persuasive. Show me where we have applied Skidmore deference to a situation like this, where there is a singular adjudication in a particular case, where it does not explicitly, but implicitly through inference, comes out to an interpretation that you give. There's no such case, right? Your honor, I'm not aware of any such case, but at the minimum. But counsel, here's what the more fundamental problem is, and this really, I know you want to avoid this, and I get why, but this goes back to the question that Judge the prior opinion didn't just rely on the prior agency determinations. In fact, we didn't even apply Chevron or Skidmore deference. What we said was that the statute is not ambiguous. Where have we ever in a non-ambiguous statute applied Chevron or Skidmore deference? Your honor, if I had had this evidence, we didn't make a Chevron or Skidmore claim the first time, because we didn't have this finding. No, I get that. Now you're here. Tell me now. I don't have that case, your honor, but my argument is. That's part of the problem. So even if I were to get past the fact that a new trial motion is being filed in a plea, which I'm having trouble with, even if I'm getting past the mandate rule, even if I'm getting past the prior panel precedent rule, even if I'm getting past that you can withdraw the mandate despite the fact that it's been more than a year and you those procedural things, even on the merits, I'm having trouble getting past the fact that we said that it's unambiguous. It seems to me to be unambiguous and that we've never applied Chevron or Skidmore deference ever in an unambiguous statute. Your honor, this evidence makes it ambiguous. The fact that the FAA investigators conducted an investigation where they were specifically instructed to include every violation Mr. Sanamore committed and we have evidence that they did that. Counsel, ambiguity doesn't work based on evidence. Ambiguity is on the face of the statute as a matter of law. These are legal determinations, not evidential. Your honor, ambiguity and statutory terms have to be interpreted in context. We now have evidence of how the FAA interprets this term and that is sufficient to remember that. But that but that again, that sort of you're putting the chicken before the egg or vice versa because at the end of the day, if a statute we don't look to what an agency says or doesn't say or how it interprets a statute if the statute is unambiguous. I mean that's just like plain letter, black letter law. Your honor, the Supreme Court found the term tangible objects ambiguous in Yates because it just didn't make sense in context that a fish would have been a tangible object. When you have I don't know how many years of agency interpretation of a term in a consistent manner and the government had never found by the way this this prosecution this statute by the way I've never found any other prosecution under this statute and the government had never found a single case where any court or agency had accused any pilot of operating an aircraft without an immediate temporal relation to flight. This evidence would have shown that what Mr. Sanamore was saying all along about how the FAA uses this regulatory term was true and if the district court had had this evidence it might well have been fine been inclined to find that that evidence was ambiguous. It might well have been inclined or that the term was ambiguous and it might well have but it's not really important counsel what the district court might or might not have found given that we under de novo review and interpreting a statute have said that it's unambiguous and and and when the court said this was unambiguous this evidence was not in the record because it was suppressed by the government in a criminal way but but Judge Legault's question and it's a good one is isn't it isn't it the case that we would never look to agency interpretation if a statute on its face is unambiguous in other words no Chevron Skidmore work is we only get there we only look at that deference where going through the contextual factors of a statute a statute is unambiguous on its face yeah but but but in order to determine whether the statute is ambiguous the court has to determine context and in the context of the FAA regulations even if the court is not inclined to to defer the court has to look to see what interpretation context deals with the context in which the statute was passed we often look to the history of when the statute was passed we look to other relevant statutory language either in that section or otherwise we look to maybe what statute it replaced we don't look to regulations interpreting something that we've said is unambiguous do we I mean that doesn't this is a regulatory enforcement statute this isn't your regular criminal statute where Congress said let's make a law prohibiting the driving of an aircraft with a fuel tank 46 306 has a list of FAA regulations that are serious enough that Congress sought to attach criminal penalties to it incorporates the definitions of the CFR that govern the FAA conduct and in that context any ambiguity any daylight between the criminal court's reading and the FAA's reading inherently creates an ambiguity as to what Congress meant when it used that term it's graceful I want to give you a little more time because I want to ask you with you indicated that the FAA reports were suppressed by the government was there a request for discovery your honor there was that the standard discovery order was entered and the government submitted a case or a response saying it would comply with it now the prosecutor said he didn't have this document in 2017 and we don't dispute that but under Kyle's anything within the FAA's possession was clearly imputed to the U.S. Attorney's Office when they brought this charge okay and so in order to be entitled to a new trial based on an abuse of discretion by the district court you would have to demonstrate due diligence and the government says that well you could have obtained this reported Mr. Saint Amour had acted with due diligence because the he received a report of an investigation in 2013 or 2014 how do you get past the due diligence requirement in order to be entitled to a new trial your honor the letter that Mr. Saint Amour received in 2013 or 2014 they're in the document in the record at pages documents 89-1 pages 1 through 5 they and on page 1 it says I'm sorry it's not page 1 it is page 5 we have received a report of investigation which indicates and it lists mechanical violations only it says nothing about whether or not there was operation and it doesn't even say that there was an EIR and this is significant because the FAA doesn't always prepare an EIR and all of these rules we're relying on which shows that the FAA went through the entire universe of regulatory and statutory violations those are specific to the EIR and so Mr. Saint Amour by receiving this this letter that said we've received a report of investigation that you made these mechanical changes that did not put him on notice that there was anything out there about whether or not the agency looked into and made a decision on whether or not he'd operated the aircraft there was also a DEA report that's in the record attached to Mr. Saint Amour's motion to dismiss based on a speedy trial so that the mere three words a report of investigation were not sufficient to put Mr. Saint Amour on notice four years later when he was criminally charged with completely separate conduct or you know based on the operation of the aircraft when that had nothing to do with the violations he was fined for in 2013. You'll reserve all of your rebuttal time and so we'll hear from the government. Thank you your honor may it please the court Brittany Bull on behalf of the United States in 2018 this court carefully considered how to interpret the charging statute section 46306b9 and it reached a sound interpretation of the term operate that encompassed the defendant's conduct now the defendant has returned to this court invoking any procedural mechanism to in essence ask this court to reconsider its 2018 precedent but the only new basis that he advances for this request is a handful of ambiguous statements and even silence in internal FAA documents that do not even purport to interpret the charging statute internal agency documents with no reasoning or explanation and which don't even directly address the question that this court answered in its 2018 decision. Counsel can I ask you I want to ask you about some procedural hurdles before you get there and I I do I want to give you the time to talk about the merits but there seem to be some huge procedural hurdles before we even get close to discussing that the first one it seems to me and I'd like your view on it is whether a new trial motion can be used where someone pleads guilty how is that possible? Your honor a new trial motion cannot be used when someone pleads guilty based on the plain text of rule 3040. Where are the circuits where are the circuits at I know I don't think we've spoken explicitly on it I think we've made some sort of inferences and dicta and some early opinions but where have the circuits come out on that very issue that's correct your honor on page 17 of our brief we have listed decisions from the four circuits the third circuit first circuit ninth circuit and tenth circuit who have addressed this question and the circuits have found that rule 33 by its terms precludes its use where a defendant has pleaded guilty does that include like we have here a conditional guilty plea yes your honor he still pled guilty there's a difference between a guilty plea and a conditional guilty plea though right yes pleading guilty but I want to reserve the right to have the court of appeals interpret their statute that's different isn't it yes your honor which he did and he had that opportunity and this court made its decision in 2018 and he proceeded and pled guilty and it really all comes back to the language of the rule itself which states that um upon the defendant's motion the court may vacate any judgment and grant a new trial if the interest of justice so requires if the case was tried without a jury the court may take additional testimony and enter a new judgment and the use of the term so is it so is it is it is it clear now or unclear that he violated the the uh the statute that he was that he was charged with violating it's now clear based on the 2018 decision as this court held that he did violate the statute section 46306 but so I mean you know I mean the quorum you can get rid of quorum no notice in the interest of justice what do we do with the letter that he receives from the FAA where it clearly says this letter is to inform you that the investigation did not establish a violation of the federal aviation regulations and you may consider the matter closed what what does that mean that was a poorly written letter and that letter has to do with a separate investigation that was conducted premised upon the validity of his guilty plea this that separate investigation was an attempt to revoke his airman's license but the FAA eventually found that they couldn't do that because his ad hoc fuel system that he had installed did not use counterpart counterfeit or fraudulent parts so he didn't actually violate section 44726b1a which is what they had been looking into in that investigation because that investigation was I'm sorry just look that was to um uh was not did not pertain to the operation of the Cessna it pertained to revoking his license correct that was subsequent to his guilty plea and subsequent to him being adjudicated guilty and then confirmed affirmed by this court then the FAA initiated this subsequent investigation in an attempt to revoke his airman's license thank you can we go back to uh the quorum novus here um and and so we we discussed the new trial issue um so so then the the default is this quorum novus so I guess my first question is is it recognized in post-conviction that you can have a standalone actual innocence claim based on new evidence let me let me ask the question this way have we ever have we have we not said or have we ever allowed an actual in its standalone claim in any post-conviction context in a non-capital case I'm not aware of any honor but I think in general the writ of quorum novus is inappropriate here because it is an extraordinary writ and this is an ordinary case and the fact that um the defendant did not seek this information prior when he was on notice of it shows that um he should not be granted this extraordinary writ opposing counsel did mention the letter that the defendant received in 2013 and then a subsequent letter in 2014 and has argued that that did not in fact put the defendant on notice and I respectfully disagree with that in the august 2nd 2013 notice of proposed assessment it does say we have received a report of investigation which indicates and then it goes on to list various things that was the first thing that put the defendant on notice that there was some sort of report dealing with the incident that occurred on March 27th the same date where the conduct occurred that he was criminally charged with and then what are the elements of a quorum novus claim what are the two things you have to show in order to get quorum novus relief that there is no other avenue of relief available and secondly that the error involves a matter of fact of the most fundamental character which has not been put in issue or passed upon and which renders the proceeding itself irregular and invalid so if a new trial motion if a new trial motion is allowed uh for this for the three claims that were alleged here which are new evidence a brady claim and an ineffective assistance claim um could we ever have quorum notice I don't think that those things deal with an issue of fact the arguments that the his conduct did not constitute a violation of the law but that's directly at odds with the findings of this court in the 2018 decision and he can't come back now and re-litigate those claims with essentially no new evidence no evidence of a brady violation and no evidence of ineffective assistance of counsel well let me ask it this way assuming the new trial avenue is closed off um relating to ineffective assistance of counsel why is not a 2255 an available avenue to allege an ineffective assistance of counsel claim um such that there was an avenue in which the defendant could have gone but chose not to do that would have been an avenue for a defendant who was incarcerated but that doesn't fit the facts of this case the defendant was on probation for any time in that year couldn't he I suppose he could have filed something during that time he had a petition for cert pending with the supreme court but I suppose nothing stops him from filing that petition and right he makes a choice in other words I could have I could have a choice I can go with direct appeal and argue the arguments he actually did reserve and make or my my attorney was ineffective for failing to put on expert evidence and I could have put that before the court right I mean he had a choice to be able to do so he had an avenue in which to allege ineffective assistance does does quorum novus allow you to then make a choice decide and then come back and and do the same thing you could have done otherwise I think opposing counsel would say that um he wasn't aware of that evidence at that time but we disagree with that the proposed the order of assessment from 2014 listed out the specific regulations that he had violated and her whole argument is premised on the fact that he wasn't charged with violating other regulations and she had that information in 2014 it lists out the specific ones that he did violate and therefore the ones that aren't listed but are listed in the CFR would be other potential regulations that he could have been charged with violating but he wasn't so this is not new information that um was recently discovered in 2019 when the defendant actually received the copies of the 2013 and 2018 reports he could not he could not bring an ineffective assistance of he could not have brought an ineffective assistance of counsel claim on direct appeal is that right I'm not sure your honor okay all right if um if you if you were successful in obtaining a new trial could the government convict him of operating an aircraft with a that evidence in the FAA reports does not change anything as this court explained in its 2018 decision it used the plain text of the statute to reach its conclusion and the tax the text is unambiguous in 463069 because it's unambiguous the court does not need to go beyond the language of the text and the definitions in the statute and the regulation are also helpful which the court relied upon and those definitions of operate have to do with the purpose have to do with the why not the when defendant focuses on the when and the temporal relationship but the decision which is based on the text of the statute the charging statute and the definitions regulatory and statutory they all have to do with purpose this court also buttressed its decision by talking about the statutory purpose which has to do with safety and it also referred to administrative decisions and the decision of the ninth circuit and nothing in either of those FAA reports would call any of that into question if the court has no further questions we rest on our briefs and respectfully ask that you let's try to pull up you have some time on rebuttal thank you your honor the plain language of rule 33 says the court may vacate any judgment and grant a new trial now if the court vacates any judgment a new trial is obviously going to be whether the client entered a plea or went to trial you know the court the defendant can then defend against trial or decide how to to proceed but the language of rule 33 broadly says vacate any judgment it does not say verdict and i think this is really significant judgment and any and grant any and grant a new trial sure which is going to be the remedy the predicate no no but you can't grant a new trial where you didn't have an old one in other words that that remedy doesn't fit that's that's the issue well your honor i mean your remedy when you're indicted you're always entitled to a trial uh and you wait for the first time but when you read this that particular statute it specifically that rule it specifically talks about it's either a new trial in front of a jury or it's a bench trial so which is life of finding a fact because and it specifically uses in that second sentence it talks about um if there's no jury so it there the implication is you either have a jury trial or you have a bench trial so you either have a finding by a judge or you have a guilty verdict by a jury it's one or the other it's not a guilty plea because a guilty plea has neither well your honor i i mean i would respectfully disagree i refer to a determination of guilt that the court makes after accepting a guilty plea but if rule 33 is not available quorum novus is and to answer judge luck's question it is an unpublished decision but in freeman versus united states which was 2019 westlaw 467 3945 it is cited in mr santa mora's initial brief this court did find that quorum novus was available in a situation like this where the defendant had already completed his term of probation before the direct appeal was over um and if it wasn't an actual finding at least the court suggested it and left it open um there are but council council mr mr santa mora could have with withdrawn his appeal or forgone his appeal and filed a 2255 during the probation period correct i think you should have been required to do that your honor whether he's required or not is a separate issue but you agree with me it could have happened it it could have happened but we weren't on notice of this new evidence that would have been available to that 100 true in other words as i understand it he became well council let me ask my question he became he was he got notice while the circuit is pending in the supreme court right is that no i no i don't think so your honor when did he start when did he first get the letter in relation to when he was off your honor i i'm not certain about that the letter was issued in march 2019 i know he'd already completed his probationary sentence by the time the cert was final i i'm not sure exactly the summer of 2019 right i i don't have that information off the top of my head i'm not sure okay now however your honor we did not have um the evidence we're relying on today to answer judge wilson's question that 2019 was related to a separate matter it was only after we filed the motion for a new trial and the government very begrudgingly started disclosing these eirs that we found out that there had been this implicit but affirmative finding in 2013 that he did not operate and this is why your honor judge luck this is different this is not simply a case that in 2013 or 2014 um he knew that he'd been alleged with all this stuff and there had been an absence of a finding that he'd operate the airplane but he had no reason to know and was not on notice by any means that the faa had conducted a more thorough investigation and made this implicit finding that he did not operate so it's the difference between an absence of a finding and an affirmative finding that he did not commit the conduct now i just want to if i may i have one final point um opposing council discussed the purpose and the safety purpose something else that we discovered in these eirs is a reference to chapter three of the um civil aeronautics regulations and it is in the part of the um 2013 eir where they discuss hazard and it talks about all of these airworthiness requirements in chapter three of the car if you look at chapter three and a pilot or an operator of an aircraft can get a certificate even in a non-conforming modification that he can go to the faa and get a certificate of airworthiness and so that is why i think it makes sense for the administrator of the faa not to invoke penalties right until the pilot is making the decision and getting ready to take off because there is always that chance that a non-conforming modification can be approved and allowed to go forward and so this is factual evidence that we did not have and mr santa more had no notice of that would have as a factual matter changed the record inserted ambiguity into the statutory terms and resulted in a different case and on these facts where this was directly relevant to his only defense it was in the possession of the faa and not disclosed in a criminal case we have met the standard for quorum this court should be willing to withdraw the mandate to allow that writ of quorum to go forward and your honor judge luck asked about what precedent we have united states versus peter or peter versus united states where the indictment where where new facts showed that the indictment affirmatively alleged a course of conduct that the law does not make a crime it is a jurisdictional defect of the fundamental most fundamental character that requires the court issuing a conviction that the district court had no jurisdiction to enforce in the first instance all right thank you